IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MICHAEL HARRIS,             *
    Petitioner,         *
vs.                         *
                              CASE NO. 4:07-CR-59 (CDL)
UNITED STATES OF AMERICA,   *
    Respondent.         *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 28, 2010 and the Addendum to the Report and Recommendation filed May 28, 2010 are hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 25th day of June, 2010.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE