✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:07-CR-59-001(CDL) |
| **MICHAEL HARRIS** | |

On January 13, 2022, the supervised release period of 5 years commenced. Mr. Harris is commended for his adjustment on supervised release; however, after considering the 18 U.S.C. § 3553(a) factors in this case, the U.S. Probation Office submits early termination is not warranted or in the interest of justice. It is accordingly recommended that the *Motion for Early Termination of Supervised Release*, filed January 21, 2026, be denied.

Respectfully submitted,

*Wendy Sorensen-Howard*

Wendy S. Howard
Supervising U.S. Probation Officer

## ORDER OF COURT

The Court has reviewed the *Motion for Early Termination of Supervised Release* and the recommendation of the United States Probation Office for the Middle District of Georgia; has examined the record in this case; and has considered the factors found at 18 U.S.C. § 3553(a). The Court finds that early termination of supervised release is not warranted; thus, the *Motion for Early Termination* is **DENIED**.

Dated this ___5th___ day of ___June___, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA